AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| United States of America<br>v.<br><br>JOSEPH AMICO<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.   2:22-mj-696-EJY<br><br>Charging District:   Western District of New York<br>Charging District's Case No.   22-mj-662 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

Place:  New York Western District Court
Kenneth B. Keating Federal Building
100 State Street, Room 2120
Rochester, NY 14614
Before the Honorable Mark W. Pedersen

Courtroom No.: TBD

Date and Time: September 12, 2022 at 1:30p.m.

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   September 2, 2022

*Judge's signature*

ELAYNA J. YOUCHAH, United States Magistrate Judge
*Printed name and title*

